**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAKENDRA SCAIFE** **PLAINTIFF**

**v.** **Case No. 4:24-cv-000011-JM**

**COMMUNITY HEALTH SYSTEMS**
**PROFESSIONAL SERVICES CORPORATION, and**
**UTILIZATION REVIEW SERVICES, LLC** **DEFENDANT**

# JUDGMENT

For the reasons stated in the order entered this same day, judgment is entered for Defendants, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of September, 2026.

UNITED STATES DISTRICT JUDGE